# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marilyn G. Adair,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:06-cv-490

Michael J. Astrue,
 Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 6, 2007 Order.

                              **Signed: March 6, 2007**

Frank G. Johns, Clerk
United States District Court